**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Antoine Earl POWELL, Defendant–Appellant.**

No. 06–50539
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

May 10, 2007.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western

---

**384**

District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Raymond L. Kohler, Austin, TX, for Defendant–Appellant.

Before DeMOSS, STEWART and PRADO, Circuit Judges.

PER CURIAM: *

Antoine Earl Powell appeals his sentence following his guilty plea to aiding and abetting the possession with intent to distribute at least 50 grams of crack cocaine and aiding and abetting the possession of a firearm during the commission of a drug-trafficking crime. He argues that his 151–month and consecutive 60–month sentence was unreasonable and unjust for an offense of this type, character, and seriousness.

Because Powell's sentence was within a properly calculated guideline range of 151 to 188 months, we infer that the district court considered all the factors for a fair sentence set forth in the Guidelines. *See United States v. Mares,* 402 F.3d 511, 519 (5th Cir.), *cert. denied,* —— U.S. ——, 126 S.Ct. 43, 163 L.Ed.2d 76 (2005). "[A] sentence within a properly calculated Guideline range is presumptively reasonable." *United States v. Alonzo,* 435 F.3d 551, 554 (5th Cir.2006). Powell has failed to demonstrate that his properly calculated guide-

lines sentence was unreasonable. *See id.; Mares,* 402 F.3d at 519.

**AFFIRMED.**

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

